# EXHIBIT B

# STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS, COMPLAINT, AND NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

**Robert LaPointe Jr., on behalf of himself and all other similarly situated employees v. Target Corporation (Index No. 162558/2015 )**

STATEMENT OF SERVICE BY MAIL

TO:     Target Corporation
        C/O Corporation System
        New York, NY 10011

The enclosed Summons, Complaint, and Notice Of Commencement Of Action Subject To Mandatory Electronic Filing are served pursuant to section 312a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it.  You should keep a copy for your records or your attorney.  If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the Summons, Complaint, and Notice Of Commencement Of Action Subject To Mandatory Electronic Filing in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a Complaint with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the complaint.  The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender.  If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

Signature
Louis Ginsberg. Esq./ Law Offices of Louis
Ginsberg P.C.
1613 Northern Boulevard
Roslyn, NY 11576

# ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

I received a Summons, Complaint, and Notice Of Commencement Of Action Subject To Mandatory Electronic Filing in the above-captioned matter at

_____ (insert address).

PLEASE CHECK ONE OF THE FOLLOWING (if No. 2 is checked, complete as indicated):

_____ 1.    I am not in the military service.

_____ 2.    I am in the military service, and my rank, serial number and branch of service are as follows:

Rank _____

Branch of Service _____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

Date: _____

I affirm the above as true under penalty of perjury.

_____
Signature

_____
Print Name

_____
Name of Defendant Represented by Signatory

_____
Position of Signatory with Defendant
(e.g., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES