UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT LAPOINTE JR., on behalf of himself and all other similarly situated employees,

            Plaintiff,

- against -

TARGET CORPORATION,

            Defendant.

No. 16 Civ. 00656

**AFFIRMATION OF SERVICE**

---

I, Sara B. Tomezsko, an attorney admitted to practice before the Courts of the State of New York, hereby affirm under penalty of perjury that on January 28, 2016, I caused to be served a true and correct copy of Defendant's Notice of Removal with Exhibits thereto; Declarations of Michael Brewer and Dr. Paul White in Support of Defendant's Notice of Removal; Defendant's Fed. R. Civ. P. 7.1 Corporate Disclosure Statement; and the Electronic Case Filing Rules & Instructions by e-mail and UPS overnight delivery to counsel for plaintiff and the proposed New York Class:

    Louis Ginsberg, Esq.
    The Law Firm of Louis Ginsberg, P.C.
    1613 Northern Boulevard
    Roslyn, New York 11576
    lg@louisginsberglawoffices.com

Dated: New York, New York
       January 28, 2016

Respectfully submitted,

By: _____
SARA B. TOMEZSKO
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
saratomezsko@paulhastings.com

JEFFREY D. WOHL (*pro hac admission pending*)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
jeffwohl@paulhastings.com

JOSEPH G. SCHMITT (*pro hac admission pending*)
NILAN JOHNSON LEWIS PA
400 One Financial Plaza
120 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-7500
jschmitt@nilanjohnson.com

*Counsel for Defendant*
TARGET CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 28th of January, 2016, she caused a true and correct copy of the attached **AFFIRMATION OF SERVICE** to be served via email and UPS Overnight Mail upon Louis Ginsberg, Esq., The Law Firm of Louis Ginsberg, P.C., 1613 Northern Boulevard, Roslyn, New York 11576, lg@louisginsberglawoffices.com, the address designated by said attorney for that purpose.

Dated:   New York, New York
         January 28, 2016

_____
Sara B. Tomezsko